**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KING HUDSON**                                                                                                                **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO.: 3:22-cv-72-NBB-JMV**

**BENNY SKINNER and BENNY SKINNER
d/b/a ALL-STAR SECURITY SERVICES**                                       **DEFENDANTS**

**ORDER LIFTING STAY**

This matter is before the court *sua sponte* to conditionally lift the Order Staying Case [19] put into effect by the undersigned in this case on October 19, 2022. The conditions to the stay being lifted are as follows.

The stay will automatically lift 14 days from the date of this order provided that no party has, as of that date, moved to continue the stay – together with accompanying memorandum of legal authorities. In the event the stay lifts at that time, Plaintiff shall have a period of 14 days in which to file a response to the defendants' pending motion to dismiss [17], and Defendants will then have 7 days thereafter the response to reply.

If any party does file a motion to continue the stay – along with accompanying legal memorandum – within 14 days from this order, then the response thereto will be due in an additional 14 days, and the reply due within 7 days thereafter. The stay will continue in effect unless and until such motion, if any, to continue the stay is denied.

**SO ORDERED**, this the 9th day of May, 2023.

                                                                           /s/ Jane M. Virden
                                                                     **UNITED STATES MAGISTRATE JUDGE**